JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARENET USA INTERNATIONAL, INC., a California corporation, | Case No.: EDCV 14-1520-GW(JEMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NBTV MANUFACTURING LLC, a New York limited liability company; CAPSULE WORKS, an unknown entity; and DOES 1 to 20, inclusive, | Assigned to the Hon. George Wu |
| Defendants. | |

[PROPOSED] JUDGMENT

1

136208.1

# **JUDGMENT**

Pursuant to this Court's July 20, 2015 Order granting Defendant NBTY Manufacturing LLC d/b/a CapsuleWorks's (erroneously sued as "NBTV Manufacturing LLC") Motion for Summary Judgment on Plaintiff's Complaint,

IT IS HEREBY ADJUDGED, ORDERED AND DECREED THAT:

1. Judgment shall be, and hereby is, entered in favor of Defendant NBTY Manufacturing LLC d/b/a CapsuleWorks on Plaintiff's Complaint;

2. Plaintiff shall take nothing by reason of its Complaint in this action; and

3. Defendant NBTY Manufacturing LLC d/b/a CapsuleWorks shall recover from Plaintiff its costs of suit.

DATED: July 21, 2015

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE